IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| STEPHANIE HARROLD | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-13-395 |
| | § | |
| JASON BURROWS, ET AL. | § | |

## ORDER OF DISMISSAL

On June 4, 2014, after having settled all claims between them, the Parties filed a joint "Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii)" (Instrument no. 26).

It is, therefore, **ORDERED** that all claims asserted in this cause by Plaintiff, Stephanie Harrold, against Defendants, Jason Burrows, Charles S. Wagner and Brazoria County, Texas, are **DISMISSED, without prejudice,** with each Party bearing its own costs.

**DONE** at Galveston, Texas, this _5th_ day of June, 2014.

_____
Gregg Costa
United States ~~District~~ Judge *by designation*
*Circuit*